LAWRENCE DIETZ, JR., Appellant, v. LUCIE M. DIETZ, Respondent.—

No opinion. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

DIANE FINN, Respondent, v. NORMAN L. FURMAN et al., Appellants.—

No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

CHARLES FRANZO, JR., an Infant, by CHARLES FRANZO, His Guardian ad Litem, et al., Appellants, v. ANGELA LORE et al., Respondents.—

No opinion. Appeal from order dismissed, without costs. An order denying reargument is not appealable (cf. *Leckey* v. *McQuade*, 13 A D 2d 682). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.